|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN ALDAPA, | Case No.: CV08-07478 R (JTLx) |
| Plaintiff, | Related Group Control No. CV 08-7195-GW(SSx) |
| vs. | |
| RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC. and DOES 1-50, inclusive, | **[PROPOSED] JUDGMENT AWARDING RECONTRUST COMPANY, N.A. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.** |
| Defendants. | |
| In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | [Assigned for all purposes to Hon. Manuel L. Real] Dept. 8 |

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS399795.1

1

PROPOSED JUDGMENT

1  On March 30, 2009, this Court ordered M.W. Roth PLC and/or attorney
2  Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by
3  Defendants in defending this action.  (Document No. 37.)
4  After consideration of the declaration submitted by counsel regarding the
5  amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of
6  ReconTrust Company, N.A. and Countrywide Home Loans, Inc. and against M.W.
7  Roth, PLC and/or Mitchell W. Roth, Esq., jointly and severally, in the amount of
8  $8,085.84.
9  IT IS SO ORDERED.

Dated:  _May 06, 2009___

Manuel L. Real, District Court Judge
United States District Court
Central District of California